April 17, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

GERALD SMALLEY, Appellant

NO. 14-14-00029-CV                                    V.

JENNIFER ROSE AND JEFFREY ROSE, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 6, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Gerald Smalley.

We further order this decision certified below for observance.